Order issued: October *17* , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00450-CV

## CHRISTOPHER ALAN GANNON, Appellant

### V.

## JPMORGAN CHASE BANK,
## NATIONAL ASSOCIATION ITS SUCCESSORS AND ASSIGNS, Appellee

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-15791**

# ORDER

We **DENY** appellee's October 3, 2012 motion to dismiss. The clerk's record was filed with this Court on August 10, 2012.

Appellant filed an affidavit of indigence in the trial court on August 8, 2012. No contest to the affidavit was filed. Accordingly, appellant is allowed to proceed without prepayment of costs.

The reporter's record is past due. We **ORDER** Stephanie Moses, Official Court Reporter for the 193rd Judicial District Court of Dallas County, Texas, to file, **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER** either: (1) the reporter's record; or (2) written verification that appellant has not requested the record. *We notify appellant that if we receive verification of no request, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P.

37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Stephanie Moses and all counsel of record.

_____
CAROLYN WRIGHT
CHIEF JUSTICE